IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER RAY BROWN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO.  1:13-CV-4060-TWT-ECS |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**FINAL REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

On May 30, 2014, the parties filed a notice advising the Court that they have reached a settlement in this matter and anticipate filing a stipulation of dismissal of this action within sixty (60) days. [Doc. 13]. Accordingly, the undersigned **RECOMMENDS** that this action be **ADMINISTRATIVELY CLOSED**.[1] The parties may file a stipulation of dismissal without the need to reopen the case.

There being no more claims to adjudicate, the Clerk is **DIRECTED** to terminate the reference to the undersigned magistrate judge.

**SO REPORTED AND RECOMMENDED**, this 30th day of May, 2014.

*/s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes. It does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods while the case is administratively closed.

AO 72A
(Rev.8/82)