IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WALTER RAY BROWN,

   Plaintiff,

    v.

EQUIFAX INFORMATION
SERVICES LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-4060-TWT

ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending closing the case administratively pursuant to the parties' settlement agreement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close this case administratively.

SO ORDERED, this 3 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Brown\13cv4060\r&r.wpd